UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF FLORIDA

ALLAN TEH,                                                      CASE NO.: 1 :25-cv-25584-KMW

    On a derivative basis as a member of

JUSTICE PARTNERS, a Delaware
Limited Liability Company,

    *Plaintiff(s),*

v.

LEE MELCHIONNI, individually, SYLVIA
BENITO, individually, JUSTICE PARTNERS
MANAGEMENT, a Delaware Limited Liability
Company, JUSTICE PARTNERS LAW GROUP,
a District of Columbia Limited Partnership,
PERSIST COMMUNICATIONS, INC., a Florida
Corporation, and THE LAKE LAW FIRM, a New
York Limited Liability Company,

    *Defendants,*
*and*

JUSTICE PARTNERS, a Delaware Limited
Liability Company,

    *Nominal Defendant.*

_____/

## **NOTICE OF APPEARANCE**

    Matthew L. Lines, Esq. of Lines Law, PLLC, hereby enters his appearance in this action on behalf of Defendants, Justice Partners Law Group, LP and Justice Partners Management, LLC. All pleadings, motions, responses, notices, and other papers, shall be served, pursuant to applicable rules, on Mr. Lines as follows:

        LINES LAW, PLLC
        201 Alhambra Circle, Suite 1060
        Coral Gables, Florida 33134
        Tel: (786) 634-4306
        Email: lines@lineslaw.com

sanchez@lineslaw.com
landsea@lineslaw.com

Respectfully Submitted,

LINES LAW, PLLC
201 Alhambra Circle, Suite 1060
Coral Gables, Florida 33134
Telephone: 786-634-4306

 /s/ Matthew L. Lines
Matthew L. Lines
Florida Bar No. 243980
E-mail: lines@lineslaw.com
Secondary E-mail:  sanchez@lineslaw.com
Tertiary E-mail: landsea@lineslaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 15, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notice of Electronic Filing.

/s/ Matthew L. Lines
Matthew L. Lines

2